1   GLENN D. POMERANTZ (SBN 112503)
    *Glenn.Pomerantz@mto.com*
2   BART H. WILLIAMS (SBN 134009)
    *Bart.Williams@mto.com*
3   KELLY M. KLAUS (SBN 161091)
    *Kelly.Klaus@mto.com*
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, Thirty-Fifth Floor
5   Los Angeles, CA  90071-1560
    Tel: (213) 683-9100; Fax: (213) 687-3702
6
7   ROBERT H. ROTSTEIN (SBN 72452)
    *rxr@msk.com*
    ERIC J. GERMAN (SBN 224557)
8   *ejg@msk.com*
    BETSY A. ZEDEK (SBN 241653)
9   *baz@msk.com*
    MITCHELL SILBERBERG & KNUPP LLP
10  11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
11  Tel: (310) 312-2000; Fax: (310) 312-3100
12  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
13  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
14  15301 Ventura Boulevard, Building E
    Sherman Oaks, California 91403-3102
15  Tel: (818) 995-6600; Fax: (818) 285-4403

16  Attorneys for Plaintiffs

17

18              UNITED STATES DISTRICT COURT

19            CENTRAL DISTRICT OF CALIFORNIA

20                    WESTERN DIVISION

21                                    CV 08 - 06412 S/O AJWx

22  UNIVERSAL CITY STUDIOS           CASE NO.
    PRODUCTIONS LLLP, UNIVERSAL
23  CITY STUDIOS LLLP, PARAMOUNT     [PROPOSED] TEMPORARY
    PICTURES CORPORATION,            RESTRAINING ORDER AND
24  TWENTIETH CENTURY FOX FILM       ORDER TO SHOW CAUSE RE
    CORPORATION, SONY PICTURES       PRELIMINARY INJUNCTION
25  TELEVISION INC., COLUMBIA
    PICTURES INDUSTRIES, INC., SONY
26  PICTURES ENTERTAINMENT INC.,
    DISNEY ENTERPRISES, INC., WALT
27  DISNEY PICTURES and WARNER
    BROS. ENTERTAINMENT INC.,
28  ,

                                     [PROPOSED] TEMPORARY RESTRAINING
                                     ORDER AND ORDER TO SHOW CAUSE

LODGED

1

Plaintiffs,

2

vs.

3

REALNETWORKS, INC.; and

4

REALNETWORKS HOME
ENTERTAINMENT, INC.,

5

Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. ("Defendants"):

Upon reviewing the papers filed by Plaintiffs Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Sony Pictures Television Inc. and Columbia Pictures Industries, Inc. ("Plaintiffs") in support of their Application For A Temporary Restraining Order ("Ex Parte Application"), including the Complaint, the Memorandum of Points and Authorities, the Declarations of Michael Dunn, John P. J. Kelly, Dr. Alan E. Bell, and Glenn D. Pomerantz, and having considered the factors relating to (i) Plaintiffs' probability of success on the merits; (ii) the risks of irreparable injury to Plaintiffs if preliminary relief is denied; (iii) the existence of serious questions going to the merits of Plaintiffs claim; and (iv) the balance of hardships, The Court HEREBY FINDS and ORDERS as follows:

Plaintiffs are likely to prevail on the merits of their claim pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.* against Defendants, and Plaintiffs are likely to suffer irreparable injury without intervention of this Court; [and/or]

There exist serious questions going to the merits of Plaintiffs' claim pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.*, and the balance of hardships tips in Plaintiffs' favor.

Accordingly, YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ on _____, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at _____, Los Angeles, California, why you, your officers, agents, servants, employees and attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from

- 1 -

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE

selling, offering, marketing or otherwise trafficking in the software product known as RealDVD, or any product with substantially similar functionality.

Pending hearing on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys, and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from selling, offering, marketing or otherwise trafficking in the software product known as RealDVD, or any product with substantially similar functionality.

The above Temporary Restraining Order is effective on Plaintiffs' filing an undertaking with the Court in the sum of $_____.   This Order to Show Cause and Temporary Restraining Order must be served on Defendants no later than ____ days before the date set for hearing, and proof of service shall be filed no later than _____ court days before the hearing.  Any papers filed by Defendants in response to this Order to Show Cause must be filed and served by hand, email or facsimile transmission on Plaintiffs by no later than 5 p.m. on _____.  Any reply papers that Plaintiffs elect to file must be filed and served by hand, email or facsimile transmission on or before 5:00 p.m. on _____.

Dated: _____          _____
                                                  United States District Judge

[PROPOSED] TEMPORARY RESTRAINING
                                                  ORDER AND ORDER TO SHOW CAUSE

Presented By:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: _____
         GLENN D. POMERANTZ

Attorneys for Plaintiffs

- 3 -