| | |
|---|---|
| JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com<br>LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com<br>COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com<br>MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com<br>TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105 | SUSAN CREIGHTON, State Bar No. 135528<br>Email: screighton@wsgr.com<br>RENATA B. HESSE, State Bar No. 148425<br>Email: rhesse@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street, NW, Fifth Floor<br>Washington, D.C. 20006-3817<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br><br>JONATHAN M. JACOBSON, NY 1350495<br>Email: jjacobson@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM<br><br>Before: Hon. Marilyn Hall Patel<br>Dept: Courtroom 15<br>Date: October 26, 2009<br>Time: 2:00 p.m. |

[~~PROPOSED~~] ORDER RE REALNETWORKS' MOTION
TO BRING CERTAIN EQUIPMENT AND MATERIALS
INTO THE COURTROOM
CASE NO.: C-08-CV-04548-MHP

WHEREAS, on October 21, 2009, RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") filed a motion seeking permission of the Court to bring into the courtroom and use the following equipment and materials during the hearing scheduled for October 26, 2009 in the above-captioned matter:

(1) Laptop computers

(2) Computer cables and other computer-related equipment

(3) Boxes containing the documents for Court and/or witnesses, including deposition transcripts and hearing exhibits

(4) Books and reference materials

(5) Demonstrative exhibits

(6) Easels

(7) Projector

(8) Screen

(9) Extension cords

WHEREAS, good cause being shown,

**IT IS SO ORDERED.** RealNetworks may bring into the courtroom and use the above equipment and materials during the hearing scheduled for October 26, 2009.

Dated: October 23, 2009

Hon. Marilyn H. Patel

[PROPOSED] ORDER RE REALNETWORKS' MOTION
TO BRING CERTAIN EQUIPMENT AND MATERIALS
INTO THE COURTROOM
CASE NO.: C-08-CV-04548-MHP